**01–1093. State ex rel. Yellow Freight Sys., Inc. v. Indus. Comm.**
Franklin App. No. 00AP–920. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal with prejudice,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed with prejudice.

**01–1704. State ex rel. Combs v. Indus. Comm.**
Franklin App. No. 00AP–1145. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed with prejudice.

*Monday, December 3, 2001*

## RECONSIDERATION DOCKET

**01–1940. State ex rel. Bartone v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19055. On November 29, 2001, appellees Michael M. Haines and Donald R. Keebaugh filed a memo opposing motion for reconsideration that was due, under S.Ct.Prac.R. XI(3), no later than November 26, 2001. Whereas S.Ct.Prac.R. XI(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte*, that the memo opposing motion for reconsideration be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS